**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| PASTOR JARVIS ROBINSON, | HONORABLE KAREN M. WILLIAMS |
| *Plaintiff,* | |
| v. | No. 25-15462 (KMW-MJS) |
| THE KINTOCK GROUP INC., MARCOS DEJESUS, | **MEMORANDUM ORDER** |
| *Defendants.* | |

**THIS MATTER** comes before the Court by way of *pro se* Plaintiff Pastor Jarvis Robinson's ("Plaintiff") Motion for Reconsideration (Dkt. No. 18) and Motion to Correct Cleric Mistake (Dkt. No. 19) relating to this Court's Memorandum Opinion and Order (Dkt. No. 17) denying Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application") (Dkt. No. 1-2) pursuant to 28 U.S.C. § 1915(a)(1); and

**THE COURT NOTING** that Plaintiff has paid the $405 filing fee; therefore,

**IT IS** this 30 day of **December,** 2025 **ORDERED** that:

(1) The Clerk of Court is directed to **RE-OPEN** this case.

(2) Plaintiff's Motions for Reconsideration and to Correct Cleric Mistake (Dkt. Nos. 18, 19) are **GRANTED.**

(3) The Court's December 18, 2025 Memorandum Opinion and Order (Dkt. No. 17) is hereby **VACATED**.

(4) The Court **RESERVES** decision on Defendants' Motion to Dismiss (Dkt. No. 10).

(5) The Clerk of Court shall serve a copy of this Memorandum Order upon Plaintiff by regular U.S. mail.

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE